KIRTON McCONKIE
Benson L. Hathaway, Jr. (Utah Bar No. 4219)
(*Subject to Pro Hac Vice*)
Ryan C. Cadwallader (Utah Bar No. 13661)
(*Subject to Pro Hac Vice*)
50 East South Temple
P.O. Box 45120
Salt Lake City, Utah 84145-0120
Telephone: (801) 328-3600
Facsimile: (801) 212-2147
bhathaway@kmclaw.com
rcadwallader@kmclaw.com

*Attorneys for Defendant, Yoli LLC*

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| SHERI BUTLER BROCKINGTON, on behalf of herself and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOLI, LLC,<br><br>Defendant. | **STIPULATION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT PURSUANT TO LOCAL RULE 12.1**<br><br>Civil Action No. 3:25-cv-159 |

In accordance with Local Rule 12.1(a) of the United States District Court for the Eastern District of Tennessee, Sheri Butler Brockington ("Plaintiff") and Yoli, LLC ("Defendant"), through their respective counsel, jointly submit this stipulation and agree that the deadline for all named defendants to respond to Plaintiffs' complaint shall be extended until 21 days following the current response deadline of May 19, 2025, thereby extending the date to **Monday, June 9, 2025**. No order is necessary for an initial extension of time under Rule 12.1(a).

DATED this **14th** day of May, 2025

So Stipulated

KIRTON McCONKIE


/s/ ____ *Ryan C. Cadwallader* _____
Benson L. Hathaway, Jr.
Ryan C. Cadwallader
*Attorneys for Defendant, Yoli, LLC*


PARONICH LAW, P.C.


/s/ *Anthony Paronich*_____
Anthony Paronich
*Attorney for Plaintiffs, Sherry Butler Brockington, on behalf of herself and all others similarly situated*