# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| SHERI BUTLER BROCKINGTON, on behalf of herself and others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 3:25-cv-159<br>) |
| YOLI, LLC, | )<br>)<br>) |
| Defendant. | ) |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that John E. Winters of the Kramer Rayson LLP law firm is representing the Defendant, Yoli, LLC in the captioned matter. By filing of this Appearance of Counsel, I certify my admission and/or eligibility to file in this Court.

Respectfully submitted this 29th day of May, 2025.

/s/ John E. Winters
John E. Winters
Kramer Rayson, LLP
PO Box 629
Knoxville, TN 37901-0629
(865) 524-5134
jwinters@kramer-rayson.com

*Attorney for Defendant*