UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

SHERI BROCKINGTON

    Plaintiff,

v.

    Case No. 3:25-cv-00159-KAC-J

YOLI, LLC

    Defendant.

## MOTION FOR ADMISSION PRO HAC VICE

The undersigned, counsel for YOLI, LLC, moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **FILING FEE = $150.00**

[✓] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

**Utah**

[✓] **AND** I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: May 28, 2025

_____
(Signature–hand signed)

Name: Ryan C. Cadwallader
Firm: Kirton McConkie
Address:

    36 S. State Street, Suite 1900, SLC, Utah 84111

Email address: rcadwallader@kmclaw.com

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.

AO 136

# CERTIFICATE OF GOOD STANDING

# UNITED STATES DISTRICT COURT

## District of Utah

I, Gary P. Serdar, Clerk of the United States District Court, District of Utah, certify that

## Ryan C. Cadwallader

Bar # **13661**, was duly admitted to practice in this Court on 10/31/2011, and is in good standing as a member of the bar of this Court.



Dated at Salt Lake City, Utah
on May 27, 2025

Gary P. Serdar

*Clerk*

_____
*(By) Deputy Clerk*