UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

SHERI BROCKINGTON

        Plaintiff,

v.                                              Case No. 3:25-cv-00159-KAC-⊞

YOLI, LLC

        Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for YOLI, LLC                           ,

moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **FILING FEE = $150.00**

[✓]   I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

    Utah

[✓]   **AND** I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

### OR

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **NO FILING FEE REQUIRED.**

[ ]   An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: May 27, 2025

                                    _____
                              (Signature–hand signed)

Name: Benson L. Hathaway, Jr.

Firm: Kirton McConkie

Address:

    50 E. South Temple, Suite 400, SLC, Utah 84145-0120

Email address: bhathaway@kmclaw.com

Once your motion is granted, you must register as an E-Filer with this Court. For
instructions visit the Court's website.

AO 136

# CERTIFICATE OF GOOD STANDING

# UNITED STATES DISTRICT COURT

## District of Utah

I, Gary P. Serdar, Clerk of the United States District Court, District of Utah, certify that

## Benson L. Hathaway

Bar # **4219**, was duly admitted to practice in this Court on 4/30/1984, and is in good standing as a member of the bar of this Court.



Gary P. Serdar

*Clerk*

Dated at Salt Lake City, Utah

on May 27, 2025

_____
*(By) Deputy Clerk*