IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| SHERI BUTLER BROCKINGTON, on behalf of herself and all other similarly situated, | ) ) ) ) ) | |
| v. | ) ) | Civil Action No. 3:25-cv-159 |
| YOLI, LLC, | ) ) ) | |
| Defendant. | ) ) | |

## JOINT MOTION FOR A PROTECTIVE ORDER

The Parties to this action, by and through counsel, move the Court to enter the attached Agreed Protective Order to ensure that certain documents and information containing confidential and proprietary information are not used for some improper purpose or outside the scope of this litigation. The Agreed Protective Order approved by the parties for entry is attached hereto as **Exhibit 1**.

Respectfully submitted this 12th day of September 2025.

*/s/ William F. Burns*
William F. Burns (BPR# 17908)
Brice M. Timmons (BPR# 29582)
WATSON BURNS, PLLC
253 Adams Ave.
Memphis, TN 38104
Phone: (901) 529-7996
bburns@watsonburns.com
btimmons@watsonburns.com


*/s/ Anthony I. Paronich*
Anthony I. Paronich, (BPR# 678437)
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

*Attorneys for Plaintiff*

*/s/ Ryan C. Cadwallader*
Ryan C. Cadwallader (*Admitted PHV*)
Benson L. Hathaway, Jr. (*Admitted PHV*)
KIRTON MCCONKIE
50 E. South Temple, Ste. 400
Salt Lake City, UT 84145-0129 (801) 328-3600
rcadwallader@kmclaw.com
bhathaway@kmclaw.com


*/s/ John E. Winters*
John E. Winters (BPR# 016345)
KRAMER RAYSON LLP
P.O. Box 629
Knoxville, TN 37901
(865) 525-5134
jwinters@kramer-rayson.com


*Attorneys for Defendant*