# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| SHERI BUTLER BROCKINGTON, on behalf of herself and all other similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>YOLI, LLC, )<br>)<br>Defendant. ) | Civil Action No. 3:25-cv-159 |

**JOINT MOTION TO EXTEND PHASE ONE SCHEDULING ORDER DEADLINES**

Plaintiff Sheri Butler Brockington and Defendant Yoli, LLC (together, the Parties), by and through undersigned counsel, respectfully move the Court to extend certain deadlines in the Court's Phase One Scheduling Order entered September 12, 2025 (Doc. 24). Good cause exists for the requested extensions under Fed. R. Civ. P. 6(b). The Parties have diligently pursued discovery directed to class certification issues; however, the need for additional time to complete class-related fact and expert discovery, and professional and client scheduling conflicts, necessitate a brief extension of the current deadlines. Both Parties consent to the requested relief, and no party will be prejudiced.

*Current Phase One Deadlines*

The current Phase One deadlines include:

- Defendant's disclosure of any expert testimony related to class certification by December 15, 2025;

- Parties' disclosure of rebuttal expert testimony by December 22, 2025;

- Completion of all discovery related to class certification, including expert depositions, by January 2, 2026; and

- Plaintiff's motion for class certification by February 2, 2026, with response due by February 23, 2026.

*See* Doc. 24 at 2–3.

### *Proposed Extended Phase One Deadlines*

To accommodate the Parties' schedules and the remaining discovery, the Parties jointly propose the following revised deadlines:

- Defendant's pre-class certification expert disclosure: January 23, 2026;
- Plaintiff's rebuttal expert disclosure: February 22, 2026;
- Completion of all discovery related to class certification, including expert depositions: April 8, 2026;
- Plaintiff's motion for class certification: May 8, 2026;
- Defendant's response to motion for class certification: May 29, 2026.

### *Grounds for Relief*

For grounds, the parties respectfully submit the following:

1. Plaintiff's lawsuit seeks class certification of potentially tens of thousands of class members.

2. The Parties have engaged in discovery relating to the class certification issues since the entry of the Discovery Plan, but additional discovery needs to be completed before the remaining expert reports can be completed.

3. The Parties have worked together in good faith to accomplish the tasks related to the disclosure of the remaining expert reports, but additional time to complete class-related fact and expert discovery, and professional and client scheduling conflicts, necessitate a brief extension of the current deadlines.

4. The Parties anticipate to participate in mediation after pre-class discovery is completed.

5. This extension will allow the Parties to complete discovery efficiently and present a complete record for the Court's consideration of class certification, consistent with the phased approach outlined in the Phase One Scheduling Order.

6. Neither Party will be prejudiced by this request.

WHEREFORE, the Parties respectfully request that the Court grant this Joint Stipulated Motion and enter an order modifying the Phase One Scheduling Order as set forth above, and granting such other and further relief as the Court deems just and proper.

Respectfully submitted this 5th day of December, 2025.

| Attorneys for Plaintiffs | Attorneys for Defendant |
|---|---|
| /s/ William F. Burns | /s/ Ryan C. Cadwallader |
| William F. Burns (BPR# 7908) | Ryan C. Cadwallader (*Admitted PHV*) |
| Brice M. Timmons (BPR# 29582) | Benson L. Hathaway, Jr. (*Admitted PHV*) |
| WATSON BURNS, PLLC | KIRTON MCCONKIE |
| 253 Adams Ave. | 50 E. South Temple, Ste. 400 |
| Memphis, TN 38104 | Salt Lake City, UT 84145-0129 |
| (901) 529-7996 | (801) 328-3600 |
| bburns@watsonburns.com | rcadwallader@kmclaw.com |
| btimmons@watsonburns.com | bhathaway@kmclaw.com |
| | |
| /s/ Anthony I. Paronich | /s/ John E. Winters |
| Anthony I. Paronich, (BPR# 678437) | John E. Winters (BPR# 016345) |
| PARONICH LAW, P.C. | KRAMER RAYSON LLP |
| 350 Lincoln Street, Suite 2400 | P.O. Box 629 |
| Hingham, MA 02043 | Knoxville, TN 37901 |
| (508) 221-1510 | (865) 525-5134 |
| anthony@paronichlaw.com | jwinters@kramer-rayson.com |