# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Tennessee

SERVER Sheri Perry
DATE 1-12-26   TIME 4:07p
P/S UAG Inc   Alex J.
ANDERSON ATTORNEY SERVICES #P101391
PO BOX 535, SLC, UT 84110  801-619-1110

| | |
|---|---|
| SHERI BUTLER BROCKINGTON, *Plaintiff* | ) ) ) |
| v. | ) ) Civil Action No. 3:25-cv-00159 |
| YOLI, LLC, *Defendant* | ) ) ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:  ICONECTIV, LLC
c/o: United Agent Group Inc., 560 Hudson Street Suite 3-4, Hackensack, NJ 07601

*(Name of person to whom this subpoena is directed)*

☑ **Testimony:** YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters: **(See Exhibit A)**

| Place: Kirton McConkie, 50 East South Temple, Suite 400, Salt Lake City, Utah 84111<br>Via Zoom (or similar video meeting platform) | Date and Time: 02/05/2026 12:00 pm EST<br>(Or another mutually agreeable date/location) |
|---|---|

The deposition will be recorded by this method: video, audio, and/or stenographic means

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 01/09/2026

*CLERK OF COURT*

OR     /s/ Ryan C. Cadwallader

*Signature of Clerk or Deputy Clerk*     *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* YOLI, LLC, who issues or requests this subpoena, are:

Ryan Cadwallader, 50 E. South Temple, Ste.400, Salt Lake City, Utah 84111, 801.328.3600, cadwallader@kmclaw.com

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# AFFIDAVIT OF SERVICE
## UNITED STATES DISTRICT COURT
### District of Tennessee

Case Number: 3:25-CV-00159

**Plaintiff:** SHERI BUTLER BROCKINTON
vs.
**Defendant:** YOLI LLC

For: RYAN CADWALLADER
KIRTON | MCCONKIE

Received by ANDERSON ATTORNEY SERVICES on the 9th day of January, 2026 at 12:09 pm to be served on **ICONECTIV, LLC C/O UNITED AGENT GROUP INC., 560 HUDSON ST STE 3-4, HACKENSACK, NJ 07601.** I, _Sheril Perry_, being duly sworn, depose and say that on the _12_ day of _January_, 20_26_ at _4:07_ p.m., executed service by delivering a true copy of the **SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION; SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION;** in accordance with state statutes in the manner marked below:

(X) CORPORATE SERVICE: By serving _Alex J_ as _customer service representative_.

( ) POSTED SERVICE: By attaching a true copy of the above documents to a conspicuous place on the property described within.
( ) POSTED COUNTY: By posting a true copy of the above document at the _____ COUNTY RECORDER'S OFFICE.

( ) NON-SERVICE: As described in the comments below.

**COMMENTS:** _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was executed. Pursuant to Utah Code Annotated 78-B-5-705, I declare under criminal penalty that the foregoing is true and correct.

Subscribed and Sworn to before me on the _14_ day of _Jan._, 20_26_ by the affiant who is personally known to me.

NOTARY PUBLIC

[Notary Seal: ALEXANDRA N TRUJILLO, My Commission Expires 06-08-2028, NOTARY PUBLIC, Comm. # 50210822, STATE OF NEW JERSEY]

PROCESS SERVER # _____
Appointed in accordance with State Statutes

**ANDERSON ATTORNEY SERVICES**
P.O. BOX 535
Salt Lake City, UT 84110
(801) 773-8220

Our Job Serial Number: 2026000114
Ref: 17564.93

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V