IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| SHERI BUTLER BROCKINGTON, on behalf of herself and all other similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>YOLI, LLC,<br><br>　　　　Defendant. | Civil Action No. 3:25-cv-159 |

**PLAINTIFF'S MOTION TO EXTEND**
**PHASE ONE SCHEDULING ORDER DEADLINES**

Plaintiff Sheri Butler Brockington, by and through undersigned counsel, respectfully moves the Court pursuant to Fed. R. Civ. P. 6(b) to extend the current Phase One deadlines by sixty (60) days. Good cause exists for the requested extension. Defendant does not consent to this request.

Under the Court's current Phase One Scheduling Order, the deadline for completion of class-certification-related discovery and the deadline for Plaintiff's Motion for Class Certification are March 2, 2026.

The parties are at an impasse regarding Defendant's production of outbound SMS data, including production and further supplementation of previously produced texting records from one of the Defendant's vendors. Defendant has refused to produce certain categories of data absent a Court order. Plaintiff intends to move to compel this information but the vendor has indicated that they may voluntarily produce it. The requested data is directly relevant to the scope of the putative class and to expert analysis supporting class certification.

In addition, Plaintiff is still awaiting production of outbound SMS records that are necessary for expert analysis and the preparation of the class-certification record. Indeed, the Defendant has represented that it is gathering this information diligently, but has not been able

to give a timeline of when those records will be produced. Because Plaintiff's expert analysis depends on a complete and accurate production of these records, the current uncertainty surrounding these materials prevents Plaintiff from finalizing expert work and presenting a fully developed class-certification record. A brief extension will allow these outstanding production issues to be resolved and incorporated into the expert and briefing process.

Plaintiff has also been diligently attempting to schedule the depositions of four Yoli witnesses—Ali Rameriez, Danielle Brown, Mike Kendall, and Chris Maughahn—whom Plaintiff identified during the Defendant's 30(b)(6) deposition. Plaintiff first requested deposition dates on January 18, 2026, and followed up again on February 17, 2026. On February 17, 2026, defense counsel responded that they were "asking them for dates." However, as of the filing of this motion, no deposition dates have been provided for any of these individuals. Without confirmed dates—and with the current deadline rapidly approaching—it is not feasible to complete these depositions within the existing Phase One schedule despite Plaintiff's continued efforts to move discovery forward.

Given the posture of discovery and the issues described above, those deadlines cannot reasonably be met despite Plaintiff's diligence. Plaintiff respectfully proposes that the Court extend the Phase One deadlines by sixty (60) days as follows:

- Completion of all discovery related to class certification: **May 1, 2026**
- Plaintiff's Motion for Class Certification: **May 1, 2026**
- Defendant's Response to Motion for Class Certification: **May 22, 2026**
- Plaintiff's Reply in support of Class Certification: **June 5, 2026**

**Grounds for Relief**

Plaintiff has diligently pursued discovery, conferred in good faith regarding disputes, and sought deposition dates. The need for an extension arises not from delay, but from (a)

Defendant's refusal to produce certain discovery absent Court intervention, (b) third-party data production issues, and (c) the practical impossibility of completing the remaining discovery within the current deadline. A 60-day extension will not prejudice Defendant. Rather, it will ensure that the Court has a complete factual and expert record when considering class certification, consistent with the phased approach contemplated by the Scheduling Order.

**WHEREFORE**, Plaintiff respectfully requests that the Court enter an Order extending the Phase One deadlines by sixty (60) days as set forth above, and granting such other and further relief as the Court deems just and proper.

Respectfully submitted this 24th day of February, 2026.

**Attorneys for Plaintiffs**

*/s/ Anthony I. Paronich*
Anthony I. Paronich, (BPR# 678437)
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

William F. Burns (BPR# 7908)
Brice M. Timmons (BPR# 29582)
WATSON BURNS, PLLC
253 Adams Ave.
Memphis, TN 38104
(901) 529-7996
bburns@watsonburns.com
btimmons@watsonburns.com

4905-6473-8430.v2