Gmail                                                    **Anthony Paronich <anthony@paronichlaw.com>**

## RE: Brockington v. Yoli, LLC
1 message

**Ryan Cadwallader** <rcadwallader@kmclaw.com>                    Tue, Feb 17, 2026 at 3:26 PM
To: Anthony Paronich <anthony@paronichlaw.com>, "Benson L. Hathaway, Jr." <bhathawa@kmclaw.com>, Michael
Eixenberger <meixenberger@kmclaw.com>

Anthony,

We are asking them for dates.

**KIRTON | McCONKIE**

**Ryan Cadwallader**

Shareholder

o 801.328.3600

d 801.321.4827

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Sent:** Tuesday, February 17, 2026 1:15 PM
**To:** Benson L. Hathaway, Jr. <bhathawa@kmclaw.com>; Ryan Cadwallader <rcadwallader@kmclaw.com>;
Michael Eixenberger <meixenberger@kmclaw.com>
**Subject:** RE: Brockington v. Yoli, LLC

CAUTION: EXTERNAL

Hello, all. Can you please advise as to the status of these deposition dates?

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Sent:** Sunday, January 18, 2026 2:11 PM

**To:** bhathawa@kmclaw.com; rcadwallader@kmclaw.com; meixenberger@kmclaw.com
**Subject:** Brockington v. Yoli, LLC

Hello, all. I wanted to write for two purposes.

First, attached is the Plaintiff's response to the document requests and production.

Second, in addition to the data issues we sent an e-mail about, we wanted to follow up on these items from the depositions:

- Your client mentioned reviewing BBB complaints and/or their process for responding to the BBB complaints. Please produce those.
- Furthermore, your client mentioned that they sent they used Exigo and Cdyne to send messages before June 1, 2022 (estimated). The class period begins April 17, 2021, so those messages should be produced.

Finally, we had discussed looking at mediation now that the expert reports will soon be due from both sides. Happy to move that forward but otherwise we do want to schedule what we currently believe will be our remaining depositions:

- Ali Rameriez
- Danielle Brown
- Mike Kendall
- Chris Maughahn

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400

Hingham, MA 02043
[o] (617) 485-0018

[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.