UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| SHERI BUTLER BROCKINGTON, on behalf of herself and others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | 3:25-CV-159-KAC-JEM |
| v. | ) ) | |
| YOLI, LLC, | ) ) | |
| Defendant. | ) | |

## ORDER

This case is before the Court on the "Motion to Extend Phase One Scheduling Order Deadlines" [Doc. 30] filed by Plaintiff Sheri Butler Brockington. She seeks to extend various deadlines in the Amended Phase One Scheduling Order [Doc. 28] by sixty (60) days [*See* Doc. 30 at 2]. Defendant generally opposes that request but agrees to "a brief extension for the parties to mediate issues on pre-class certification" [*See* Doc. 31 at 4]. Plaintiff indicates that she is "agreeable" to mediation [*See* Doc. 32 at 1]. And the Parties are "attempting to coordinate a mutually agreeable mediation date, having provided dates in early April" [*Id.*]. Given these representations, the Court concludes that this action may be resolved more efficiently through early mediation. *See* E.D. Tenn. L.R. 16.4(a). It would also be inefficient to continue with the current schedule while the Parties are engaging in Mediation.

Accordingly, Court **GRANTS** Plaintiff's Motion [Doc. 30] **in part** and **DIRECTS** the Parties to participate in a Mediation. *See id.* at 16.4. **The Parties MUST complete the Mediation by April 30, 2026**. The Parties **MUST** engage in the Mediation in good faith. "Unless otherwise excused by the Mediator in writing, all parties, or party representatives, and any required claims professionals (e.g., insurance adjusters)" **MUST** "be present at the Mediation Conference with full

authority to negotiate a settlement." *See id.* at 16.4(l). The "Mediator" **MUST** file a mediation report, and the Parties **MUST** ensure that the mediator does so. E.D. Tenn. L.R. 16.4(m).

So the Parties can focus their efforts on engaging in the Mediation in good faith, the Court briefly stays the deadlines in this action. This will benefit the Parties by permitting them to focus their efforts on resolving this matter without incurring additional litigation costs. This will result in "economy of time and effort" for the Parties, counsel, and the Court. *See Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). The Parties **MUST** file a joint status report by **May 1, 2026** indicating the status of their dispute resolution efforts. **All other hearings, deadlines, and the trial of this matter are STAYED until May 1, 2026.**

SO ORDERED.

_____
KATHERINE A. CRYTZER
United States District Judge