**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**

SHERI BUTLER BROCKINGTON, on  
behalf of herself and others similarly situated,

   Plaintiff,

v.

YOLI, LLC

   Defendant.

:
: CIVIL ACTION FILE NO. No. 25-cv-159
:
:
:
:
:
:
:
:
:
:
                /

## <u>NOTICE OF SETTLEMENT</u>

The plaintiff files this notice to advise the Court that the parties have tentatively reached

a settlement in this matter and hope to file appropriate dismissal paperwork within ninety days.

Dated: April 29, 2026      PLAINTIFF,

         <u>*/s/ Anthony I. Paronich*</u>  
         Anthony I. Paronich  
         Paronich Law, P.C.  
         350 Lincoln Street, Suite 2400  
         Hingham, MA 02043  
         (617) 485-0018  
         anthony@paronichlaw.com

1