**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**

SHERI BUTLER BROCKINGTON, on
behalf of herself and others similarly situated,

       Plaintiff,

v.

YOLI, LLC

       Defendant.

         CIVIL ACTION FILE NO. No. 25-cv-159

---

**PLAINTIFF'S UNOPPOSED MOTION TO**
**EXTEND DEADLINE TO FILE STIPULATION OF DISMISSAL**

Plaintiff Sheri Butler Brockington, on behalf of herself and others similarly situated, respectfully moves the Court for a two-week extension of the deadline to file the parties' stipulation of dismissal and, in support thereof, states as follows:

1. On April 29, 2026, the parties filed a Notice of Settlement informing the Court that they had reached a settlement in this action. (Doc. 34.)

2. On April 30, 2026, the Court entered an Order directing the parties to file a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) by July 29, 2026. (Doc. 35.)

3. The parties have substantially completed performance of the settlement agreement. However, one final settlement payment remains to be made.

4. The parties respectfully request a two-week extension of the July 29, 2026 deadline so that the final payment may be completed before the parties file their stipulation of dismissal.

5. Defendant does not oppose this requested extension.

1

6. Accordingly, the parties respectfully request that the Court extend the deadline to file the stipulation of dismissal from July 29, 2026, to August 12, 2026.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order extending the deadline to file the parties' stipulation of dismissal to August 12, 2026, and granting such other and further relief as the Court deems just and proper.

Dated: July 20, 2026

PLAINTIFF, on behalf of herself
and others similarly situated,

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

2