**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| SHERI BUTLER BROCKINGTON, on behalf of herself and all other similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 3:25-cv-159 |
| YOLI, LLC, | ) ) ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1) with each party to bear its own costs and fees. The putative class claims are dismissed without prejudice.

**Attorneys for Plaintiffs**

*/s/ Anthony I. Paronich*
Anthony I. Paronich, (BPR# 678437)
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

William F. Burns (BPR# 7908)
Brice M. Timmons (BPR# 29582)
WATSON BURNS, PLLC
253 Adams Ave.
Memphis, TN 38104
(901) 529-7996
bburns@watsonburns.com
btimmons@watsonburns.com

**KIRTON McCONKIE**

*/s/ Ryan C. Cadwallader\**
Benson L. Hathaway, Jr.
Ryan C. Cadwallader
*Attorneys for Defendant Yoli, LLC*

4905-6473-8430.v2

*signed with permission*

4905-6473-8430.v2